UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREA M. HULME, | Case No. 08-cv-1627-RSM |
| Plaintiff, | |
| v. | ORDER AFFIRMING IN PART AND REVERSING IN PART |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

The Court, after careful consideration of the Plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation as amended below.

(2) The final decision of the Commissioner is AFFIRMED IN PART and REVERSED IN PART. This matter is remanded to the Commissioner with direction to reinstate the ALJ's prior finding of a closed period of disability from October 1, 1997 through March 11, 2004, and to award benefits to Plaintiff in accordance with that finding, if Plaintiff

ORDER
PAGE - 1

1  is determined to be financially eligible for those benefits.  In all other respects, the final
2  decision of the Commissioner is affirmed.
3        (3)    All pending motions are STRICKEN as moot.
4        (4)    The Clerk of the Court is directed to send copies of this Order to the parties and
5  to Judge Donohue.
6        DATED this 3 day of March 2010.

                                         RICARDO S. MARTINEZ
                                         UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2